**Order entered August 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01104-CR
No. 05-13-01105-CR

**QUENTIN WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-27662-N, F11-27666-N**

## ORDER

The Court **GRANTS** appellant's August 14, 2013 motion to extend the time to file appellant's notice of appeal. Appellant's notice of appeal is **DEEMED** timely filed.

/s/    LANA MYERS
       JUSTICE